IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL BURRISS,

    Petitioner,

v.

CHATHAM COUNTY SUPERIOR COURT
and STATE OF GEORGIA,

    Respondents.

CIVIL ACTION NO.: 4:23-cv-278

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 5), to which Petitioner Michael Burriss did not object.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, (doc. 5) as the opinion of the Court and **DISMISSES** Burriss' 28 U.S.C. § 2241 Petition, (doc. 1). Applying the Certificate of Appealability (COA) standards, which are set forth in Brown v. United States, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); see Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal). And, as there are no non-frivolous issues to raise on appeal, an appeal

---

[1] The service copy of the Report and Recommendation was returned by the United States Post Office as undeliverable, indicating that Burriss has failed to keep the Court apprised of his current address.  See S.D. Ga. L. Civ. R. 11.1.  Since, as explained in the Report and Recommendation, his Petition seeks unavailable monetary relief, is explicitly unexhausted, and is barred by Younger abstention, (doc. 5, pp. 3, 6), his noncompliance is moot.

would not be taken in good faith.   Thus, *in forma pauperis* status on appeal is likewise **DENIED**. 28 U.S.C. § 1915(a)(3).   The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

    **SO ORDERED**, this 27th day of October, 2023.

                              R. STAN BAKER
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF GEORGIA